IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 23-00088-JB-B |
| | * |
| DR. FRANK MARTIN, *et al.*, | * |
| | * |
|     Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 23, 2023 (Doc. 10), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B) and that his motions to amend and his "[m]otion to stop all banks" be denied as futile.

    **DONE and ORDERED** this 20th day of July, 2023.

                                         /s/ JEFFREY U. BEAVERSTOCK
                                         CHIEF UNITED STATES DISTRICT JUDGE